1  DAVID J. KAMINSKI (SBN 128509)
   kaminskid@cmtlaw.com
2  STEPHEN A. WATKINS, ESQ. (SBN 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   CMRE FINANCIAL SERVICES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CASEY BLOTZER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CMRE FINANCIAL SERVICES, INC. and DOES 1-10, and Does 1 through 10 inclusive, and each of them,<br><br>　　　　　Defendants. | CASE NO. 12CV2867 JLS JMA<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

　　PLEASE TAKE NOTICE that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Joint Motion to Dismiss, the individual action of Plaintiff CASEY BLOTZER, with prejudice, and dismiss without prejudice, the class action claims asserted in the lawsuit, within 45 days from the date of this Notice. The parties request that the Court take off calendar all future

1

calendared dates. Plaintiff agrees that the motion for class certification shall be withdrawn. Each party shall bear its/his/their own costs and expenses.

DATED: May 30, 2013                    CARLSON & MESSER LLP

                                              By: /s/ David J. Kaminski
                                                   David J. Kaminski, Esq.
                                                   Stephen A. Watkins
                                                   Attorneys for Defendants,
                                                   CMRE FINANCIAL SERVICES, INC.

DATED: May 30, 2013                    KAZEROUNIAN LAW GROUP, APC

                                              By: /s/ Abbas Kazerounian
                                                   Abbas Kazerounian
                                                   Attorneys for Plaintiff,
                                                   CASEY BLOTZER

**CERTIFICATE OF SERVICE**

I hereby certify that on this **30th** day of **May, 2013**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address:

<div style="margin-left:2em">

tfriedman@attorneysforconsumers.com

Josh@westcoastlitiation.com

Ak@kazlg.com

ml@kazlg.com

</div>

/s/ David J. Kaminski
David J. Kaminski