# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>  vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>                        Defendant. | CASE NO. 12CV2867 JLS (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>(ECF No. 22) |

     Presently before the Court is the parties' Joint Motion for Dismissal of Action With Prejudice as to the Named Plaintiff and Without Prejudice as to the Putative Class. (ECF No. 22). Good cause appearing, the Court **GRANTS** the motion. This action is dismissed with prejudice as the named Plaintiff and without prejudice as to the putative class.

     **IT IS SO ORDERED.**

DATED: July 12, 2013

                                              Honorable Janis L. Sammartino
                                              United States District Judge